# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-1806

_____

ASHLEY N. THOMPSON,

Appellant,

v.

REEMPLOYMENT ASSISTANCE
APPEALS COMMISSION,

Appellee.

_____

On appeal from the Reemployment Assistance Appeals Commission. Charles T. Faircloth, Jr., Chairman.

August 8, 2024

PER CURIAM.

AFFIRMED.

B.L. THOMAS, NORDBY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Ashley N. Thompson, pro se, Appellant.

Amanda L. Neff, Deputy General Counsel, Reemployment Assistance Appeals Commission, Tallahassee, for Appellee.